IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | CRIMINAL ACTION 10-00058-KD |
| | ) | |
| ROBERT LEE LOCKE, | ) | |
| | ) | |
| Defendant. | ) | |

# ORDER

Previously, this Court entered an order wherein defendant Robert Lee Locke was found incompetent to stand trial and he was committed to the custody of the Attorney General for psychiatric treatment at a suitable facility with the Federal Bureau of Prisons (doc. 111). Counsel and the Court have now received the Forensic Evaluation report with certification from the Bureau of Prisons that Locke's treatment has concluded and in the opinion of the medical examiners, he is restored to competency to stand trial.

On September 8, 2011, a hearing pursuant to the provisions of 18 U.S.C. § 4247(d) was held before the undersigned to determine whether Locke is competent to stand trial. Locke, his counsel Lila Cleveland, and Assistant United States Attorney Gloria Bedwell appeared for the hearing. The Forensic Evaluation report and the opinions contained therein were the only evidence offered by Locke and the Government regarding the issue of Locke's competency.

Upon consideration of all matters presented, including the opinions of the medical examiner contained in the Forensic Evaluation report, the Court finds by a preponderance of the evidence that Locke has recovered to the extent that he is able to understand the nature and consequences of the proceedings against him and to assist properly in his defense, and therefore, he is competent to stand trial. 18 U.S.C. § 4241(d).

**DONE** and **ORDERED** this 8th day of September, 2011.

s / Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**